UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ELIJHA MERRITT,

                       Plaintiff,

   -v-                                     9:18-CV-1067
                                            (DNH/TWD)

J. HICKS, Sergeant, Governeur Correctional
Facility; NURSE S. FURGISON, Governeur
Correctional Facility; DR. S. RAMINENI,
Mohawk Correctional Facility; SARAH VAN
VORST, Regional Health Service Administrator;
and CARL J. KOENIGSMANN, Deputy
Commissioner Chief Medical Officer,

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| ELIJHA MERRITT<br>Plaintiff pro se<br>P.O. Box 592<br>Elmira, NY 14901 | |
| HON. LETITIA JAMES<br>Attorney General for the State of New York<br>Attorney for Defendant<br>The Capitol<br>Albany, NY 12224 | WILLIAM A. SCOTT, ESQ.<br>Ass't Attorney General |

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Elijha Merritt brought this civil rights action pursuant to 42 U.S.C.

§ 1983.  On August 3, 2020, the Honorable Thérèse Wiley Dancks, United States Magistrate

Judge, advised by Report-Recommendation that defendants' motion for summary judgment be granted and the Complaint be dismissed in its entirety. No objections to the Report-Recommendation were filed.

Based upon a careful review of entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. *See* 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED and the Complaint is DISMISSED IN ITS ENTIRETY; and

2. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

United States District Judge

Dated: September 30, 2020
      Utica, New York.